**Entered on Docket
August 24, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 582-7112 Fax
nateborris@gmail.com

**The following constitutes
the order of the court. Signed August 22, 2016**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

MATT MAGANA & DAISY MAGANA,

    Debtors

_____

) Case No.: 15-43871
) Chapter 13
)
) **ORDER ON EX PARTE APPLICATION**
) **FOR APPROVAL OF ATTORNEY'S**
) **FEES FOLLOWING MORTGAGE**
) **MODIFICATION MEDIATION**
) **PROGRAM**
)

    Pursuant to the Application for Approval of Attorneys Fees filed by Nathan D. Borris, Esq. 266090, attorney for debtor(s), attorneys fees in the sum of $6,500.00, are approved, of which $2,000.00, has been previously paid. The balance of $4,500.00 shall be paid to Debtors' counsel by the Chapter 13 Trustee pursuant to the attorney's fee provisions of section 2.03 of Debtors' confirmed Chapter 13 Plan.

IT IS SO ORDERED.

                        ***END OF ORDER***

1

COURT SERVICE LIST